JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA ALICIA PENATE | Case No. CV 20-01845 PA (JEMx) |
| Plaintiff, | JUDGMENT |
| v. | |
| TARGET CORPORATION, | |
| Defendant | |

Pursuant to the Court's January 21, 2021, order granting summary judgment in favor of defendant Target Corporation ("Defendant") and against plaintiff Dora Alicia Penate ("Plaintiff"), it is ORDERED, ADJUDGED, and DECREED that:

1.      Defendant shall have judgment in its favor against Plaintiff; and

2.      Defendant is entitled to its costs of suit pursuant to Local Rule 54.

IT IS SO ORDERED.

DATED: January 21, 2021

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE